UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOTTIS LAMAR LIPSEY,

        Plaintiff/Counter-Defendant,        Case No. 1:22-cv-10471

v.        Honorable Thomas L. Ludington
        United States District Judge

74th JUDICIAL CIRCUIT COURT
and GOWER LAW,        Honorable Patricia T. Morris
        United States Magistrate Judge

        Defendants/Counter-Plaintiffs.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

This matter is before this Court on Magistrate Judge Patricia T. Morris's Report and Recommendation ("R&R") to *sua sponte* dismiss Plaintiff's Complaint. ECF No. 11. Although the R&R states that the parties could object to and seek review of the recommendation within 14 days of service, neither Plaintiff nor Defendants filed any objections. They have therefore waived their right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Magistrate Judge Morris's Report and Recommendation, ECF No. 6, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

**This is not a final order and does not close the case**.

Dated: July 20, 2022        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge